UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KABITA CHOUDHURI,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 15-cv-03608-VC

**ORDER CONTINUING TRO AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**

The temporary restraining order issued by Judge Donato remains in place. Dkt. No. 10. Pending a hearing on the motion for a preliminary injunction, Wells Fargo Bank, N.A., and Treena Berlinski, and their agents, assigns, and transferees, are enjoined from proceeding with the foreclosure of the real property located at 331 Richardson Way, Mill Valley, CA 94941, encumbering or transferring any right, title or interest in that real property, or taking any other enforcement actions.

A telephonic case management conference is scheduled for Tuesday, August 11, at 2:00 pm to discuss the temporary restraining order and a schedule for briefing on the preliminary injunction. The parties are ordered to contact CourtCall prior to the hearing to set up their appearances by calling (888)882-6878.

Choudhuri is required to personally serve this order on the defendants.

**IT IS SO ORDERED.**

Dated: August 10, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    KABITA CHOUDHURI,                          Case No. 15-cv-03608-VC
              Plaintiff,
8
9         v.                                    **CERTIFICATE OF SERVICE**

10   WELLS FARGO BANK, N.A., et al.,
              Defendants.
11
12
13       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
14
15       That on August 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office AND by emailing them to her at her personal email address provided in the complaint: **21.kabita@gmail.com.**
16
17
18
19
20   Kabita Choudhuri
     331 Richardson Way
21   Mill Valley, CA 94941
22
     Dated: August 10, 2015
23
24                                              Richard W. Wieking
                                                Clerk, United States District Court
25
26
27                                              By:_____
                                                Kristen Melen, Deputy Clerk to the
28                                              Honorable VINCE CHHABRIA

2