UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KABITA CHOUDHURI,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 15-cv-03608-VC

**ORDER SETTING FURTHER STATUS CONFERENCE**

A telephonic status conference was held at 2 p.m. on August 11, 2015. Kabita Choudhuri appeared on her own behalf. Nobody appeared on behalf of the defendants. Because Ms. Choudhuri may not have properly served the defendants, the matter is continued to Tuesday, August 18, 2015 at 11 a.m. for a further telephonic status conference. Ms. Choudhuri is directed to contact the Court's pro se help desk immediately for guidance about how to properly serve the defendants with the complaint and the temporary restraining order issued by Judge Donato. Ms. Choudhuri is required to serve this order on the defendants as well.

    **IT IS SO ORDERED.**

Dated: August 11, 2015

                                  VINCE CHHABRIA
                                  United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KABITA CHOUDHURI,<br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A., et al.,<br>　　　　Defendants. | Case No.  15-cv-03608-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kabita Choudhuri
331 Richardson Way
Mill Valley, CA 94941


Dated: August 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2