1  Name: Kabita Choudhuri
2  Address: 331 Richardson Way
   Mill Valley, CA 94941
3  Phone Number: 415-888-8685
4  E-mail Address: 21.kabita@gmail.com
5  Pro Se

RECEIVED 2015 AUG 21 P 3:31
FILED 2015 AUG 21 P 3:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kabita Choudhuri | Case Number: 15-3608-VC |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| Wells Fargo Bank, N.A., & Treena Berlinsky | TIME: COURTROOM: JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: August 26, 2015

_____
United States District/~~Magistrate~~ Judge