UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KABITA CHOUDHURI,<br><br>        Plaintiff,<br><br>       v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No. 15-cv-03608-VC<br><br>**ORDER RE ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 51 |

If the plaintiff wishes to file an amended complaint, she must do so within 21 days of the Court's order granting the defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 20, 2016

_____
VINCE CHHABRIA
United States District Judge