1  MARK D. LONERGAN (State Bar No. 143622)
   THOMAS N. ABBOTT (State Bar No. 245568)
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A.; and
   TREENA BERLINKSY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| KABITA CHOUDHURI,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.; TREENA BERLINSKY,<br><br>    Defendants. | Case No. 3:15-cv-03608-VC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Hon. Vince Chhabria<br><br>Action Filed:   August 6, 2015<br>Trial Date:     None Set |

Pursuant to Local Rule 6-2, defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Treena Berlinsky ("Defendants") and plaintiff Kabita Choudhuri ("Plaintiff"), hereby request the Court extend the time for briefing on the motion for a preliminary injunction filed by Plaintiff, and currently set for hearing on October 27, 2016 at 10:00 a.m., and hereby agree as follows:

1. Defendants' response to Plaintiff's motion for a preliminary injunction is currently due September 23, 2016;

2. Under the current deadline, Defendants will not have sufficient time to prepare its evidence in response to Plaintiff's motion or a preliminary injunction;

3. The motion was filed on September 9, 2016 and the parties have made their request to extend time prior to fourteen (14) days before the hearing;

4. Plaintiff previously filed a motion for preliminary injunction at the commencement of this case in 2015, but the matter was taken off-calendar and never heard although the Court ordered the temporary restraining order to remain in place until an eventual hearing;

5. This is the first request to extend time the parties have made pursuant to the motion filed on September 9, 2016;

6. Upon information and belief, the parties do not believe this request for an extension of time will prejudice any party or inconvenience the Court.

Accordingly, subject to the approval of the Court, the parties stipulate as follows:

1. Defendants shall file and serve a response to Plaintiff's motion for preliminary injunction by October 6, 2016; and

2. Plaintiff may file a reply to Defendants' response by October 13, 2016.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED: September 12, 2016

SEVERSON & WERSON
A Professional Corporation

By: /s/ Kimberly A. Paese
Kimberly A. Paese

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: September 12, 2016

By: /s/ Kabita Choudhuri
Approved 9/12/16
Kabita Choudhuri

Plaintiff in Pro Se

### ECF ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: September 12, 2016

SEVERSON & WERSON
A Professional Corporation

By: /s/ Kimberly A. Paese
Kimberly A. Paese

Attorneys for Defendant WELLS FARGO BANK, N.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: September 13, 2016

HON. VINCE CHHABRIA